Rachel Kosmal McCart, OSB #091303
Email: rachel@preservelegalsolutions.com
Preserve Legal Solutions, PC
38954 Proctor Blvd Ste 186
Sandy, OR 97055
Telephone: (866) 385-2972

Attorney for Plaintiff Momtazi Family, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| MOMTAZI FAMILY, LLC, | ) |
| | ) Case No. 3:19-cv-00476 |
| Plaintiff | ) |
| | ) |
| v. | ) **NOTICE OF DISMISSAL** |
| | ) **WITHOUT PREJUDICE** |
| MARY E. WAGNER, et al, | ) |
| | ) |
| Defendants | ) |

COMES NOW, Plaintiff Momtazi Family, LLC and hereby notifies the Court that Plaintiff wishes to dismiss the above-titled action without prejudice pursuant to Fed. R. Civ. P. 41(a)(2).

Page 1 – NOTICE OF DISMISSAL WITHOUT PREJUDICE

Preserve Legal Solutions, PC
38954 Proctor Blvd Ste 186
Sandy, OR 97055
Telephone: (844) 468-2388
Email: rachel@preservelegalsolutions.com

DATED April 7, 2022

/s/ Rachel E. Kosmal McCart
Rachel E. Kosmal McCart, Esq., OSB 190172
Preserve Legal Solutions, PC
38954 Proctor Blvd Ste 186
Sandy, OR 97055
Telephone: (844) 468-2388
Attorney for Plaintiff

Page 2 – NOTICE OF DISMISSAL WITHOUT PREJUDICE

Preserve Legal Solutions, PC
38954 Proctor Blvd Ste 186
Sandy, OR 97055
Telephone: (844) 468-2388
Email: rachel@preservelegalsolutions.com